[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*MR*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**

SEP 0 4 2025

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Detrice R. Fair

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago
Cook County Jail

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>)

1:25-cv-10646
Judge Elaine E. Bucklo
Magistrate Judge Daniel P. McLaughlin
PC2
DIRECT

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

X      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

       **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
       **28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: _Detrice Renee Fair_

B. List all aliases: _____

C. Prisoner identification number: _202503091022_

D. Place of present confinement: _2600 S California_

E. Address: _Ave Chgo IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _Cook County Jail_

Title: _DOC_

Place of Employment: _City of Chicago_

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____

_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D. List all defendants: _____

_____

_____

_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

_____

G. Basic claim made: _____

_____

_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

1:25-CV-7980 I. 20250309022 was told on July 5, 2025 to sign this request slip for commissary write out so I could receive my carepackage. The request stated I have no money on my book and no one to support me. I need a Commissary Carepackage for clothing and personals. Officer Douglaus then stated the carepackage would be clothing personals, and snacks I then told her I don't want anything from no ones bag but items with my $159 cash. Douglaus then stated No I see you don't shop so you could get the things you need this way she then brought me a brown bag with 3 noodles, 1 m&m 2 chicko sticks 2 Hearty Oatmeals and 3 bag of chips when

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I seen what was in the bag I told her I didn't want that I needed clothing and how much was that. Douglaus then stated I got you the socialworker would bring you the rest of the items in a week of clothing personals and food but its a big bag. I went to Div 8 RTU 2A for $1 Day write up on July 7 2025 and got out on July 22, 2025 in placed on A1-4 on 3annex In the system it's A Note stating I cant buy 2nd party Commissary items only state Carepakage for inmates in my taxes from Fisa pays for it Here is the Commissary request from for missing Carepakage. Evidence for Suit 1:25CV-1980

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

_____

_____

_____

_____

_____

_____

VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __8__, 20 __25__

_Petrice R. Fair_
(Signature of plaintiff or plaintiffs)

_Petrice R. Fair_
(Print name)

_2025030902___
(I.D. Number)

_2000 South California_
_Ave Chgo IL 60608_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

E-MAILED JUL 22 2025

# Cook County Department of Corrections
# CBM-Summit Commissary Request Form  25

Fair

**Last Name (please print)**

Detrice

**First Name (please print)**

2025 0309022

**Booking ID (eleven digits)**

7/10/25

**Today's Date**

RTU8

**Current Division**

A25-2

**Current Tier/Living Unit**

7,5,25

**Approx. Order Date**

30x

**Division** *when order was placed*

A1-1

**Tier/Living Unit** *when order was placed*

Place a CHECK on the line for review of request:

X Didn't receive Care Package

X Missing Item(s) _____ _____ _____ _____

_____ Missing Refund $ _____ . _____

_____ Missing Order

**E-MAILED JUL 22 2025**

**Question(s) or Comment:**

Didn't get my clothing the officer gave me 3 noddles 3 chips 2 chicken sticks 2 hartys 1 m&m she stated I'll get my other items $100 clothes $100 sweet 40 m&m

**CBM-SUMMIT Response:**

IIC has no commissary order at all. Please see attachment

Response provided by CBM-SUMMIT Staff Member: ___Rizzo___

Request forward by CL: _____ phone ext. 4 - 0033

**Effective: 12/2024**

Name: Detrice R. Fair
ID#: 20250309022
Div.: 30 Tier: A1-4
P.O. Box 089002
Chicago, IL 60608

quadient
FIRST-CLASS MAIL
IMI
$001.03 ℠
08/28/2025 ZIP 60608
043M31244614
US POSTAGE

SEP 04 REC'D

219 South Dearborn
ST 20 FL Chgo IL 60604

09/04/2025-29

RECEIVED

SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**LEGAL MAIL**